| | |
|---|---|
| **TIFFANY & BOSCO** P.A. | IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED. <br>The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1. <br>**Dated: January 11, 2010**  |

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-30991/654282848

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: <br><br>Stephen Bryan Miller and Bobbie Jo Miller <br>      Debtors. <br>_____ <br>CitiMortgage, Inc. successor by merger to ABN AMRO Mortgage Group, Inc <br>      Movant, <br>  vs. <br><br>Stephen Bryan Miller and Bobbie Jo Miller, Debtors, David A. Birdsell, Trustee. <br><br>      Respondents. | No. 2:09-BK-27884-RJH <br><br>Chapter 7 <br><br>ORDER <br><br>(Related to Docket #9) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 9, 2006 and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. successor by merger to ABN AMRO Mortgage Group, Inc is the current beneficiary and Stephen Bryan Miller and Bobbie Jo Miller have an interest in, further described as:

> TThat part of the West half of Section 21, Township 2 North, Range 2 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows: COMMENCING at the West quarter corner of said Section 21; THENCE South along the West line of said Section 21, 261.81 feet (measured and recorded); THENCE North 89 degrees 52 minutes 37 seconds East (measured and recorded) 1126.75 feet to the POINT OF BEGINNING; THENCE North 00 degrees 00 minutes 38 seconds West 324.79 feet; THENCE North 89 degrees 52 minutes 37 seconds East 149.00 feet; THENCE South 00 degrees 00 minutes 38 seconds East 324.79; THENCE South 89 degrees 52 minutes 37 seconds West 149.00 feet to the POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT